UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  CV 18-01453 JLS                                        Date:  November 13, 2018
Title:  In Re: Gerson Irving Fox

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

   Terry Guerrero            N/A
    Deputy Clerk            Court Reporter

Attorneys Present for Plaintiff:      Attorneys Present for Defendant:

   Not Present             Not Present

**Proceedings:**      **ORDER TO SHOW CAUSE ("OSC") RE DISMISSAL**

   The Court granted Appellant two extensions of time in which to file his opening brief. First, the Court granted a Motion for Extension of Time extending an April 19, 2018 deadline to Friday, June 29, 2018.

   The Monday after that deadline expired, on July 2, 2018, Appellant again moved to extend the opening briefing filing deadline.  The Court granted this request as well, extending the deadline to August 31, 2018.

   Appellant failed to file the opening brief on or before the August 31, 2018 deadline.  In the two months since the expiration of the extended deadline, Appellant has not made any additional filings.

   Therefore, the Court Orders Appellant to Show Cause in writing no later than November 19, 2018 why the present appeal should not be dismissed with prejudice pursuant to the Court's inherent power and/or Federal Rule of Bankruptcy Procedure 8018(a)(4).  Appellant's filing of an appropriate stipulation or an application pursuant to Federal Rule of Bankruptcy Procedure 8023, related to voluntary dismissal, will be a sufficient response to this Order.[1]

   Failure to file any response will result in dismissal of the present appeal with prejudice.

   **IT IS SO ORDERED.**


              Initials of Preparer:  tg

---

[1] It appears that the parties' anticipated settlement has been approved by the Bankruptcy Court.  (*See* Case No. 2:15-bk-24399-BB Doc. 415.)